UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SETH AIKENS,<br><br>Defendant. | Criminal No. 2:22-CR-119<br><br>Filed Electronically |

## **MOTION FOR BILL OF PARTICULARS**

And now, comes the Defendant, Seth Aikens, by and through Counsel, Frank C. Walker II, Esquire, and FrankWalkerLaw, and files this Motion for Bill of Particulars, pursuant to *Rule 7(f)* of the Federal Rules of Criminal Procedure, averring as follows:

1. Seth Aikens ("Mr. Aikens" hereinafter) was named in a superseding indictment at the above captioned Criminal Number, with counts 1 through 17 for wire fraud, counts 18 through 24 for mail fraud, and counts 25 through 30 for money laundering.

2. Mr. Aikens has entered a plea of NOT GUILTY.

3. Pursuant to Rule 7 of the Federal Rules of Criminal Procedure, Mr. Aikens moves this Honorable Court for an Order directing the government to provide him with a bill of particulars containing complete responses to the following items:

    a. The means by which Mr. Aikens's identity was gleaned from any witnesses;

    b. A copy of the photo, or video, used by witnesses to identify Mr. Aikens;

    c. Description of the manner in which the government was alerted to Mr. Aikens;

    d. All relevant evidence regarding those persons mentioned in the affidavits for the application of a search warrant;

    e. The methods used to access and/or extract encrypted files from devices seized from Mr. Aikens;

    f. The methods used to preserve and protect the files accessed and/or extracted from devices seized from Mr. Aikens;

    g. Any and all records pertaining to the premises searched by the government;

    h. Evidence and copies of the sign-off sheets, which the Government previously claimed to not have in its possession; and

    i. Description and explanation by the Government, its agents, state officers, etc., regarding the forensic investigation of Mr. Aikens, and the reasoning as to why encrypted drives have been rendered permanently inaccessible, therefore causing spoliation of exculpatory evidence.

**WHEREFORE**, Defendant Seth Aikens, respectfully requests an Order granting this Motion for Bill of Particulars in full.

Respectfully Submitted,

*/s/ Frank C. Walker II*
Frank C. Walker II

PA I.D. No. 94840
WV I.D. No. 11853

FrankWalkerLaw
3000 N. Lewis Run Road
Clairton, PA 15025
412.405.8556 Office
412.202.9193 Fax

Date: February 3, 2025                    Counsel for Seth Aikens